UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| QUANTUM CORPORATE FUNDING, LTD., | : |
| Plaintiff, | : |
| v. | : NO. 3:05CV1375 (MRK) |
| NORTHEAST CONSTRUCTION GROUP, LLC, R.A.S. BUILDERS, INC., and ENGLEWOOD CONSTRUCTION, INC., | : |
| Defendants. | : |

**Revised Ruling and Order**

Currently pending before the Court is Plaintiff's Motion for Judgment in Accordance with Stipulations [doc. # 60]. According to the Stipulation to Judgment Re: Englewood Construction Inc. [doc. # 61], Quantum and Englewood have stipulated and agreed to an order of judgment. The Court is revising its prior Ruling and Order [doc. # 65] to correct a typographical error in the second paragraph of that ruling. Therefore, in accordance with the parties' stipulation and agreement, the Court enters the following orders:

1. Judgment shall enter for Quantum and against Englewood on Count Ten of Quantum's complaint dated August 31, 2005 in the monetary sum of TWO HUNDRED TWENTY-FIVE THOUSAND DOLLARS ($225,000.00).

2. Counts Seven through Nine and all other prayers for relief by Quantum against Englewood are DISMISSED WITH PREJUDICE.

3. Counts Three through Six and all other prayers for relief by Quantum against R.A.S.

Builders, Inc. ("RAS) are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: **January 5, 2007.**